UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERNIE HAIRE FORD, INC.

    Plaintiff,

v.                                      CASE NO.  8:12-CV-2307-T-17MAP

BENJAMIN ATKINSON,
et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 15    Motion for Dismissal Without Prejudice
Dkt. 16    Response

Plaintiff Ernie Haire Ford, Inc. ("EHF") requests dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).  Plaintiff has previously settled and dismissed its claims against Defendant Danny Wilson Auto Sales, Inc.  Plaintiff EHF states it is in the best interest of the creditors and the estate to dismiss this Adversary Proceeding and focus on the claims in AP 1426.  Plaintiff EHF seeks dismissal without prejudice due to possible overlap between the claims in this case and in AP 1426.

Defendant Atkinson argues that the dismissal should be with prejudice, and request the award of costs of $176.00.

This case is in the same posture as related Case No. 8:12-CV-2308-T-17AEP, Ernie Haire Ford, Inc. v. Benjamin J. Atkinson, in which the Court granted the Motion for Dismissal Without Prejudice, and awarded costs to Defendant Atkinson.  (Dkt. 32, attached).

Case No. 8:12-CV-2307-T-17MAP

For the same reasons expressed in the attached Order, the Court grants Plaintiff's Motion for Dismissal Without Prejudice, and awards costs in the amount of $176.00 to Defendant Atkinson. Accordingly, it is

**ORDERED** that Plaintiff's Motion for Dismissal Without Prejudice (Dkt. 15) is **granted**, and Defendant Atkinson is awarded costs in the amount of $176.00. The Clerk of Court shall close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 16th day of January, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record